In the Matter of MERRITT B. SCHUYLER, Appellant, against
FREDERICK A. MORAN, as Chairman of the New York State
Board of Parole, et al., Respondents.

Submitted March 3, 1952; decided March 13, 1952.

*Nathaniel L. Goldstein, Attorney-General* (*William S. Elder Jr.,* of counsel), for motion.

*Merritt B. Schuyler,* in person, opposed.

Motion granted and appeal dismissed.